IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DEIDRE LECHOWSKI-MERCADO, and OWEN MERCADO, <br><br> Plaintiffs, <br><br> vs. <br><br> SEELY SWAN HIGH SCHOOL, and MISSOULA COUNTY PUBLIC SCHOOL DISTRIT, a department of MISSOULA COUNTY, MT, <br><br> Defendants. | CV 21–10–M–DLC <br><br><br> ORDER |

Before the Court is Stephan Jorgensen's Unopposed Motion for Extension of Time. (Doc. 31.) This Court previously ordered Mr. Jorgensen to fully comply with the subpoena served upon him on or before August 19, 2021. (Doc. 28.) Mr. Jorgensen request that this Court move the compliance date to August 25, 2021, contending that he needs "additional time to respond in full to the Court's Order." (Doc. 31 at 3.) Plaintiffs do not object to this motion. (*Id.* at 4.)

Accordingly, IT IS ORDERED that the motion (Doc. 31) is GRANTED.

IT IS FURTHER ORDERED that on or before August 25, 2021, Mr. Jorgensen shall fully comply with the subpoena served upon him on February 15, 2021.

1

DATED this 20th day of August, 2021.

_____

Dana L. Christensen, District Judge
United States District Court