IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DEIDRE LECHOWSKI-MERCADO, and OWEN MERCADO,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SEELY SWAN HIGH SCHOOL, and MISSOULA COUNTY PUBLIC SCHOOL DISTRIT, a department of MISSOULA COUNTY, MT,<br><br>　　　　　Defendants. | CV 21–10–M–DLC<br><br><br>ORDER |

　　　Before the Court is Defendants' Motion for Leave to File Under Seal. (Doc. 49.) The Court will grant the motion.

　　　Accordingly, IT IS ORDERED the motion (Doc. 49) is GRANTED. Because the document has already been lodged under seal (Doc. 53), the parties need not take any further action. L.R. 5.2(g)(2).

　　　DATED this 8th day of February, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1