IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DEIDRE LECHOWSKI-MERCADO, and OWEN MERCADO,<br><br>Plaintiffs,<br><br>vs.<br><br>SEELEY SWAN HIGH SCHOOL, and MISSOULA COUNTY PUBLIC SCHOOL DISTRICT, a department of MISSOULA COUNTY, MT,<br><br>Defendants. | CV 21–10–M–DLC<br><br>ORDER |

The Court issued an order on Defendants' motions to compel yesterday. (Doc. 55.) In this Order, the Court erroneously indicated that Plaintiffs must effectuate service. The Order should have directed Defendants to, without delay, serve a copy of the Order on both Mr. Hamilton and Dr. Wisniewski in conformance with the procedure outlined for subpoenas under Rule 45(b). The Court apologizes for the error.

Accordingly, IT IS ORDERED that the Court's prior Order (Doc. 55) is AMENDED as set forth above.

DATED this 9th day of February, 2022.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1