IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DEIDRE LECHOWSKI-MERCADO, and OWEN MERCADO, <br><br> Plaintiffs, <br><br> vs. <br><br> SEELEY SWAN HIGH SCHOOL, and MISSOULA COUNTY PUBLIC SCHOOL DISTRICT, a department of MISSOULA COUNTY, MT, <br><br> Defendants. | CV 21–10–M–DLC <br><br><br> ORDER |

On January 21, 2021, Plaintiff Deidre Lechowski-Mercado and her son Owen Mercado (collectively, "Plaintiffs") sued Defendants Seeley Swan High School and Missoula County Public School District (collectively, "Defendants"), alleging incidents of racial, sexual, and national origin discrimination he was subjected to by his fellow students. (*See generally*, Doc. 1.) On August 15, 2022, summary judgment was granted in favor of Defendants, (Docs. 78, 79), and on September 7, 2022, costs were taxed against Plaintiffs in the amount of $6,345.00, (Docs. 80, 81). Almost four years later, on June 10, 2026, Lechowski-Mercado filed a motion under Rule 60(b) of the Federal Rules of Civil Procedure to "vacate the judgment" and "release the corresponding judgment lien placed upon her

1

primary residence." (Doc. 82.)  Citing Rules 60(b)(1) and 60(b)(4), Lechowski-

Mercado argues that she was abandoned by her attorney and never properly served

with the costs assessment.  (*See id.*)  Neither argument supports relief under Rule

60.  Rule 60(b)(1) cannot be invoked more than a year after the order at issue, Fed.

R. Civ. P. 60(c)(1), and at the time costs were taxed, Plaintiffs were represented by

Lawrence Henke from Vicevich Law and Henke—as well as two other attorneys at

the firm—received electronic notice of the costs assessment, (*see* Doc. 81 (NEF

notice)).

Accordingly, IT IS ORDERED that Lechowski-Mercado's motion (Doc. 82)

is DENIED.

DATED this 30th day of June, 2026.

Dana L. Christensen, District Judge
United States District Court

2